1
2
3
4
5
6
7

JS-6

8          **UNITED STATES DISTRICT COURT**

9          **CENTRAL DISTRICT OF CALIFORNIA**

10

FASHIONCRAFT-EXCELLO LLC,

Plaintiff,

v.

BG WHOLESALE INC.; BG WHOLESALE
TRADING INC.;

Defendants.

Case No.: 2:23-cv-01193-AB-JPR

**DEFAULT JUDGMENT AND
PERMANENT INJUNCTION
ORDER**

18       Upon consideration of Plaintiff's Motion for Default Judgment and Permanent

19   Injunction, the declarations and exhibits thereto, and any responses and reply and

20   argument submitted in support or opposition to the motion, the Court **FINDS** that:

21       1.    Defendant BG Wholesale Inc. was properly served with the summons,

22   complaint, and other pleadings in this Action pursuant to both federal and state laws.

23   Defendant BG Wholesale Inc. received adequate notice of this Action, in satisfaction

24   of due process requirements and as required by Fed. R. Civ. P. 4.

25       2.    Defendant BG Wholesale Trading Inc. was properly served with the

26   summons, complaint, and other pleadings in this Action pursuant to both federal and

27   state laws. Defendant BG Wholesale Trading Inc. received adequate notice of this

28

1

Action, in satisfaction of due process requirements and as required by Fed. R. Civ. P. 4.

3.     Defendant BG Wholesale Inc. and Defendant BG Wholesale Trading Inc. (collectively the "Defendants") have failed to appear, plead, or otherwise defend against this Action. The requisite time between service of the summons and complaint as set forth in Section 415.20 of the California Code of Civil Procedure has elapsed. The Clerk properly entered default pursuant to Rule 55(a) on August 21, 2023.

4.     The evidence indicates that neither Defendant is an infant, incompetent, in the military and/or otherwise exempt under the Soldiers' and Sailors' Civil Relief Act of 1940.

5.     The factual allegations in the Complaint, which are deemed admitted by the Defendants' default, and the further evidence in Plaintiff Fashioncraft-Excello LLC's (hereinafter "Fashioncraft") supporting papers establish that the Defendants are liable for copyright infringement under the U.S. Copyright Act and trademark counterfeiting and trademark infringement under the Lanham Act.

6.     As a result of the Defendants' established liability under the U.S. Copyright Act and Lanham Act, Fashioncraft is entitled to recover statutory damages in the amount of **$1.1 million ($1,100,000.00).**

7.     Fashioncraft is entitled to recover attorneys' fees in the amount of $21,600.00 associated with bringing this action.

//
//
//
//
//
//
//
//

Accordingly, Defendants, their officers, agents, servants, employees, attorneys, affiliated individuals including, but not limited to, Feng Qing Chen, Grace Chen, and Ying Zhou, affiliated individuals with access and control of the following email addresses: chhabc@gmail.com, gracechen0331@gmail.com, and bgglassinc@gmail.com, affiliated individuals with access and control of the Instagram handle @Bgwholesalela, and any other persons acting in active concert or participation with any of those listed, or otherwise owned by or controlled by them, are hereby **ENJOINED** from any of the following acts:

a.     advertising, marketing, promoting, selling, offering for sale, or authorizing any third party to advertise, market, promote, sell or offer for sale any goods or services bearing or containing the Fashioncraft IP, or any other intellectual property that is a counterfeit, copy, simulation, confusingly similar variation, or

//
//
//
//
//
//
//
//
//
//
//
//
//
//

1   colorable imitation of the Fashioncraft IP;

2        b.      engaging in any activity that infringes Fashioncraft's rights in the

3   Fashioncraft IP;

4        c.      engaging in any activity that constitutes unfair competition with

5   Fashioncraft;

6        d.      using or authorizing any third party to use any other false designation of

7   origin or false description or representation or any other thing calculated or likely to

8   cause confusion or mistake in the mind of the trade or public or to deceive the trade or

9   public into believing that Defendants' products or activities are in any way sponsored,

10   licensed or authorized by, or affiliated, or connected with Fashioncraft;

11        e.      making or displaying any statement, representation, or depiction that is

12   likely to lead the public or the trade to believe that the products or services promoted,

13   offered, or sponsored by the Defendants are in any manner approved, endorsed,

14   licensed, sponsored, authorized, or franchised by or associated, affiliated, or otherwise

15   connected with Fashioncraft, or that Fashioncraft's products and services are in any

16   manner approved, endorsed, licensed, sponsored, authorized, or franchised by or

17   associated, affiliated, or otherwise connected with the Defendants;

18        f.      registering or applying to register any trademark, service mark,

19   copyright, domain name, trade name, or other source identifier, design, visual work,

20   photograph, or symbol of origin consisting of or incorporating the Fashioncraft IP or

21   any other mark or copyright that infringes or is likely to be confused with the

22   Fashioncraft IP, or any products of Fashioncraft; and

23        g.      assisting, aiding, or abetting any other person or business entity in

24   engaging in or performing any of the activities referred to in the above subparagraphs,

25   or effecting any assignments or transfers, forming new entities or associations, or

26   utilizing any other device for the purpose of circumventing or otherwise avoiding the

27   prohibitions set forth in the above subparagraphs.

28        Defendants shall within fourteen (14) days deliver up for destruction any and all

products, circulars, price lists, labels, brochures, business cards, signs, prints, packages, wrappers, pouches, advertising matter, promotional materials, and other materials in the possession or control of Defendants bearing the Fashioncraft IP, any derivation, work of authorship, or colorable imitation thereof, or any mark confusingly similar thereto or likely to dilute or detract from the Fashioncraft IP.

Defendants shall within thirty (30) days file with the Court a sworn written statement setting forth in detail the manner and form in which Defendants have complied with this Order.

IT IS ORDERED.

January 8, 2024

_____
The Honorable André Birotte Jr.
United States District Judge